IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Steppes, Yolanda | | Case Number: 05 B 21474 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 9/25/07 | | Filed: 5/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  July 30, 2007
Confirmed:  August 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,426.76 | |
| Secured: | | 2,872.23 |
| Unsecured: | | 2,341.55 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 352.14 |
| Other Funds: | | 360.84 |
| Totals: | 7,426.76 | 7,426.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 1,500.00 | 1,500.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 900.21 | 2,672.23 |
| 3. | Great American Finance Company | Secured | 200.00 | 200.00 |
| 4. | Von Maur | Unsecured | 21.42 | 0.00 |
| 5. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 6. | United Student Aid Funds Inc | Unsecured | 3,086.37 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 414.64 | 264.38 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 57.20 | 36.44 |
| 9. | ECast Settlement Corp | Unsecured | 101.20 | 64.53 |
| 10. | MCSI | Unsecured | 93.50 | 59.62 |
| 11. | United Student Aid Funds Inc | Unsecured | 3,005.91 | 1,916.58 |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Bank One | Unsecured | | No Claim Filed |
| 14. | Charter One Bank | Unsecured | | No Claim Filed |
| 15. | Bank One | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | MCI | Unsecured | | No Claim Filed |
| 18. | Rush University | Unsecured | | No Claim Filed |
| 19. | TCF Bank | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| 22. | Sprint PCS | Unsecured | | No Claim Filed |
| 23. | M & M Management | Unsecured | | No Claim Filed |
| 24. | Truelogic Financial Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Steppes, Yolanda | Case Number: 05 B 21474 |
| | Judge: Hollis, Pamela S |
| Printed: 9/25/07 | Filed: 5/27/05 |

```
                                              _____        _____
                                              $ 9,380.45        $ 6,713.78
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 22.47 |
| 5.5% | 134.12 |
| 5% | 45.11 |
| 4.8% | 81.93 |
| 5.4% | 68.51 |
| | _____ |
| | $ 352.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_